**William L. STEWART, Jr.,
Plaintiff–Appellant,**

v.

**Cindy DOE, Defendant,**

and

**Steven Kirshner; et al., Defendants–
Appellees.**

**No. 03–15937.**

**D.C. No. CV–98–00219–GEB.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 26, 2004.

William L. Stewart, Jr., pro se, Represa, CA, for Plaintiff–Appellant.

Gregory Scott Walston, Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

MEMORANDUM**

California state prisoner William L. Stewart appeals pro se the district court's summary judgment dismissing his 42 U.S.C. § 1983 action alleging that defendants denied him access to the courts. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Oliver v.*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*Keller,* 289 F.3d 623, 626 (9th Cir.2002), and we affirm.

The district court properly granted summary judgment on Stewart's claim that prison officials did not timely mail his petition for writ of mandate to the California Supreme Court because the delay did not prevent the court from reaching the merits of his petition. *See Lewis v. Casey,* 518 U.S. 343, 349–56, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (prisoner must establish an actual injury to state a claim for violation of the right to access the courts).

**AFFIRMED.**

■

**Ruby Ann WALDRON; et al.,
Plaintiffs—Appellants,**

v.

**WASHINGTON MUTUAL BANK INC.,
Successor in Interest to Home Savings
of America; et al., Defendants—Appellees.**

**No. 03–16111.**

**D.C. No. CV–02–01149–LKK.**

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Feb. 17, 2004.*

Decided Feb. 26, 2004.

Ruby Ann Waldron, pro se, Gus Dosalua, pro se, Clearlake, CA, for Plaintiffs–Appellants.

Angela M. Bradstreet, Carroll, Burdick & McDonough, San Francisco, CA, for Defendants–Appellees.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM**

Ruby Waldron and Gus Dosalua appeal pro se the district court's judgment dismissing their civil rights action based on res judicata. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Frank v. United Airlines*, 216 F.3d 845, 849–50 (9th Cir.2000), and we affirm.

The district court properly dismissed Waldron's action because she fully and fairly litigated her claims, all arising from a loan she received in 1990, in state court. *See Owens v. Kaiser Foundation Health Plan, Inc.*, 244 F.3d 708, 713–14 (9th Cir. 2001).

The district court properly dismissed Dosalua's claims for lack of standing. The court found that Dosalua and Waldron were not married at the time the loan was issued and Dosalua did not join his wife as a co-plaintiff in this action twelve years after the loan closed.

We deny all outstanding motions.

**AFFIRMED.**

Kenneth GRAYS, Plaintiff—Appellant,

v.

Ana M. RAMIREZ; et al., Defendants—Appellees.

No. 03–16159.

D.C. No. CV–02–02360–FCD/PAN.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 26, 2004.

Kenneth Grays, pro se, Vacaville, CA, for Plaintiff–Appellant.

No appearance for Defendants–Appellees.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).